IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce an Administrative Subpoena of the<br><br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre, 1155 21st Street, NW, Washington, DC 20581,<br><br>    Applicant,<br><br>  v.<br><br>GLO-BULL WEALTH LLC, a Texas limited liability company, 2026 Vanamen Ct., Conroe, TX 77304-1601, and<br>ARIC COLBY GREEN, an individual, 2335 Acacia Street, League City, TX 77573<br><br>    Respondents. | Misc. Action No.:<br>1:25-mc-00050-TNM |

## APPLICANT CFTC'S MOTION TO STAY DEADLINES

Applicant Commodity Futures Trading Commission ("CFTC") requests that the Court stay any deadlines in this action for the duration of the current government shutdown.

The federal government is presently shut down and all non-essential employees, including undersigned counsel, are being furloughed and will be prohibited by law from performing actions related to their employment. *See* 31 U.S.C. § 1341 ("Anti-Deficiency Act").

The CFTC is taking steps to effectuate the shutdown, but also to ensure that it (i) complies with all of its obligations before the Court and (ii) does not violate the Anti-Deficiency Act. Accordingly, the CFTC requests that the Court stay any deadlines in this action until such time as undersigned counsel's employment status is reinstated. Upon reinstatement of the employment status of undersigned counsel, the CFTC shall seek to lift the stay and request the Court set new deadlines as necessary.

Dated: October 1, 2025	Respectfully submitted,

/s/ Kelly M. Folks
Kathleen Banar
Kelly M. Folks
COMMODITY FUTURES TRADING COMMISSION
1155 21st St., N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
kbanar@cftc.gov
kfolks@cftc.gov

*Attorneys for Applicant*
*Commodity Futures Trading Commission*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule LCvR 7(m), I hereby certify that the CFTC was unable to confer with Respondents on this motion. Respondents have been served with process; however, Respondents have not yet appeared in this action

*/s/ Kelly M. Folks*
Kelly M. Folks

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 1st day of October 2025, I caused the foregoing document to be filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record. The undersigned further certifies that I will cause the foregoing document to be delivered via overnight mail to Respondents at the following addresses:

Aric Colby Green
2335 Acacia Street
League City, TX 77573

Glo-Bull Wealth LLC
c/o Registered Agent Christian Waldo
37 Hallmark Drive
Conroe, TX  77304


*/s/ Kelly M. Folks*
Kelly M. Folks